IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ALBERT DOMINGUE, §
§
    Plaintiff, §
§
v. § CIVIL ACTION NO. H-18-1164
§
ANDREW SAUL, §
COMMISSIONER OF THE §
SOCIAL SECURITY ADMINISTRATION, §
§
    Defendant. §

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 19) dated January 14, 2020,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this **30th** day of January, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.